UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TERAH L. STAMPS #209275,

    Plaintiff,

v.                                                               Case No. 2:06-cv-204
                                                                 HON. GORDON J. QUIST

JEFF WHITE, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered this date;

IT IS HEREBY ORDERED that Defendants' motion for summary judgment (docket #21) is GRANTED and this action is dismissed in its entirety.

IT IS FURTHER ORDERED that Plaintiff's motion to supplement his complaint (docket #36) is DENIED.

FINALLY, IT IS ORDERED that, for the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated:  March 26, 2008                                                          /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                  UNITED STATES DISTRICT JUDGE